[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11546

Non-Argument Calendar

_____

RONALD SATISH EMRIT,
a.k.a. Presidential Candidate Number P60005535,

Plaintiff-Appellant,

PRESIDENTIAL COMMITTEE/SEPARATE SEGREGATED
FUND (SSF) NUMBER C00569897,
d.b.a. United Emrits of America,

Plaintiff,

*versus*

UNITED STATES PATENT AND TRADEMARK OFFICE,
(USPTO),
UNITED STATES DEPARTMENT OF COMMERCE,
NASA GODDARD SPACE FLIGHT CENTER,
(GSFC) in Greenbelt, Maryland,

AMERICAN INSTITUTE OF PHYSICS,
(AIP),
KENNEDY SPACE CENTER,
in Cape Canaveral, Florida, et al.,

Defendants-Appellees.

————————————

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 1:25-cv-00082-JRH-BKE

————————————

Before ROSENBAUM, NEWSOM, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Ronald Emrit, proceeding *pro se*, appeals from the magistrate judge's April 16, 2025, report and recommendation that his complaint be dismissed.

A magistrate judge's recommendation on a dispositive matter that has not been adopted or otherwise rendered final by the district court at the time the notice of appeal is filed is not final and appealable. *See Perez-Priego v. Alachua Cnty. Clerk of Ct.*, 148 F.3d 1272, 1273 (11th Cir. 1998); 28 U.S.C. § 1291. Moreover, the district court's subsequent adoption of the recommendation and entry of

25-11546                 Opinion of the Court                 3

final judgment did not cure Emrit's premature notice of appeal. *See Perez-Priego*, 148 F.3d at 1273.

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.